**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
Email: jcampbell@aegislawfirm.com

Attorneys for Plaintiff Ericka Bozman, individually, and on behalf of all others similarly situated.

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
BROOKE S. PURCELL, Cal Bar No. 260058
AMANDA E. BECKWITH, Cal Bar No. 312967
ALEXIS S. CHERRY, Cal Bar No. 359060
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: bpurcell@sheppard.com
abeckwith@sheppard.com
acherry@sheppard.com

Attorneys for Defendant
Lawrence Livermore National Security, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICKA BOZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:26-cv-08368-HSG<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE TO FIRST AMENDED COMPLAINT** |

# ORDER

The Court, having considered the parties' Joint Stipulation, and good cause appearing therefor, hereby orders:

1. Plaintiff shall be permitted to file the First Amended Complaint.
2. Defendant shall have 30 days from the date of service of the First Amended Complaint to file a responsive pleading to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 10/6/2026

Judge Haywood S. Gilliam, Jr.